IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JADE CARTER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 10-4479** |
| | : | |
| **BIOMAT USA,** | : | |
| **Defendant.** | : | |

# O R D E R

**AND NOW,** this 23rd day of February, 2012, upon careful consideration of the Defendant's Motion for Summary Judgment (Doc. No. 28), IT IS HEREBY ORDERED that:

1. The Defendant's Motion for Summary Judgment is **GRANTED.**

2. The Clerk of Court is directed to mark this case **CLOSED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.